HETTIE L. HALL *v.* THOMAS P. HALL.

*(April* 18, 1932.)

RICE and HARRINGTON, J. J., sitting.

*Arley B. Magee, Jr.,* for petitioner.

Superior Court for Kent County, Petition for Divorce, No. 18, April Term, 1932.

HARRINGTON, J.: The record in question is admissible under the regular entry rule. See *Grossman v. Del. Elec. Power Co.*, 4 *W. W. Harr.* (34 *Del.*) 521, 155 *A.* 806, 807, and cases therein cited.